IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

Vs                                    CASE NO. 4:06cr00267 JLH

LAMAD BEN-YEHUWDAH                                                    DEFENDANT

ORDER

Defendant appeared in Court Wednesday, August 23, 2006, for the purpose of consideration of release or detention pending further proceedings. However, he tested presumptively positive for marijuana and cocaine. The Court must be sure that Defendant's ability to understand the proceedings and participate in his defense is not impaired. Therefore, the proceedings are continued and Defendant is temporarily detained pending further proceedings. The hearing is rescheduled for Friday, August 25, 2006 at 10:00 a.m., as Defendant should be negative for cocaine by that time. Defendant will also be re-arraigned on the pending charges at that time to insure that he fully understands his rights and the nature of the charges against him.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED this 23rd day of August, 2006.

UNITED STATES MAGISTRATE JUDGE